FILED
CLERK, U.S. DISTRICT COURT

MAR 1 / 2026
rec

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ISAAC  GABRIEL  VEGA<br><br>        Defendant. | 5:26-MJ-00151<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)   the appearance of defendant as required; and/or

(B)  (✓)   the safety of any person or the community.

//

//

//

The court concludes:

A.    (✓)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

SUBMISSION TO DETENTION:

(B)    (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

SUBMISSION TO DETENTION

IT IS ORDERED that defendant be detained.

DATED: 3/17/26

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2